**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert F. Lindley, Jr., | No. 06-0528-PHX-DGC |
| Plaintiff, | **ORDER** |
| vs. | |
| Dora B. Schriro, et. al., | |
| Defendants. | |

On August 10, 2007, the Court denied Petitioner Robert Lindley's habeas corpus petition. Dkt. #33. On the same day, the Clerk entered judgment. Dkt. # 34. Petitioner has now filed a Motion to Stay Habeas Corpus Proceedings. Dkt. #35. Petitioner asks the Court to stay his case so that he can "reserve the right to file a 'motion for reconsideration' or move forward in this [case] to appeal to the 9th Circuit court once certain matters are rectified[.]" Dkt. #35 at 2.

Federal Rule of Appellate Procedure 4 states that a notice of appeal must be filed with the district clerk within 30 days after entry of the judgment or order appealed. Fed. R. App. P. 4(a)(1)(A). As noted above, judgment was entered in this case on August 10, 2007, triggering the 30-day period for Petitioner to file a notice of appeal. Certain post-judgment motions have the effect of tolling the 30-day appeal period: (1) motion for judgment under Rule 50(b), (2) motion to amend or make additional factual findings under Rule 52(b), (3) motion for attorney's fees under Rule 54 if the district court extends the time to appeal under Rule 58, (4) motion to alter or amend the judgment under Rule 59, (5) motion for a new trial

under Rule 59, (6) motion for relief under Rule 60 if the motion is filed no later than 10 days after the judgment is entered.  Fed. R. App. P. 4(a)(4)(i)-(vi).

Petitioner's motion to stay is not a motion that tolls the 30-day appeal period.  The Court therefore will not stay the proceedings indefinitely as Petitioner requests.  The rules do, however, permit the Court to extend Petitioner's time to file an appeal for 30 additional days provided Petitioner files a motion with the Court and shows excusable neglect or good cause.  Fed. R. App. P. 4(a)(5)(A)-(C).

The Court will construe Petitioner's motion to stay as a motion for extension of time to file an appeal.  The Court finds that Petitioner has shown good cause for an extension due to his lack of facility with the legal process and the complexity of his habeas corpus petition.  The Court will therefore grant a 30-day extension for Petitioner to file a notice of appeal.

Petitioner should note that the Court lacks authority to grant further extensions.  Fed. R. App. P. 4(a)(5)(C).  Petitioner should refer to Federal Rules of Appellate Procedure 3 and 4 for further instructions on filing a notice of appeal.

**IT IS ORDERED:**

1. Petitioner's Motion to Stay (Dkt. #35) is **granted** to the extent it is construed as a motion for extension of time to file a notice of appeal, but is **denied** to the extent it seeks an indefinite stay of this case..

2. The Court will grant Petitioner an extension of 30 days to file a notice of appeal.  The notice of appeal must be filed by **October 9, 2007**.

DATED this 24th day of August, 2007.

David G. Campbell
United States District Judge

- 2 -